IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CARLOS SANCHEZ, SR.                                                         PETITIONER
Reg. #20355-047

V.                            NO. 2:13CV00001-BSM/JTR

ANTHONY HAYNES,                                                             RESPONDENT
Warden, FCI-Forrest City

## ORDER

Respondent has filed a Response (docket entry #13) to this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Petitioner is directed to file a Reply, addressing Respondent's arguments for dismissal, **on or before July 12, 2013.**

DATED THIS 12th DAY OF June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE