**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CARLOS SANCHEZ, SR.**                                                                          **PETITIONER**
**REG. # 20355-047**

v.                              **CASE NO. 2:13CV00001 BSM**

**ANTHONY HAYNES,**
Warden, FCI-Forrest City                                                                          **RESPONDENT**

<u>**ORDER**</u>

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 [Doc. No. 1] is denied and this case is dismissed with prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 16th day of October 2013.

_____
UNITED STATES DISTRICT JUDGE